**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRAD BROWN,<br>Defendant. | Case No. 5:26-po-00141-CDB<br>CVB Violation E2091096 / CA14<br>ORDER TO REFUND OVERPAYMENT<br>(Doc. 5) |

Defendant Brad Brown was issued a citation (Violation Notice E2091096) with a total collateral due of $380.00. (Doc. 1).

On August 31, 2026, the Court granted the motion of the United States of America to dismiss the citation. (Doc. 4). However, on October 8, 2026, after the case was closed, Defendant paid the collateral amount of $380.00. (Doc. 5)

Because Defendant overpaid on the collateral due given the dismissal of the citation, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $380.00.

IT IS SO ORDERED.

Dated: **October 8, 2026**

UNITED STATES MAGISTRATE JUDGE